# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Deborah Schick, | No. CV-20-00969-PHX-MTL |
| Plaintiff, | **ORDER** |
| v. | |
| FreeRateUpdate.com LLC, et al., | |
| Defendants. | |

Pursuant to the Notice of Voluntary Dismissal (Doc. 12), and good cause appearing,

**IT IS ORDERED granting** the Notice of Voluntary Dismissal (Doc. 12) and dismissing Defendant FreeRateUpdate.com, LLC from this matter without prejudice.

**IT IS FURTHER ORDERED** that because no other defendants remain, the Clerk of the Court shall terminate this case.

Dated this 15th day of June, 2020.

Michael T. Liburdi
United States District Judge